# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2308
LT Case No. 16-2023-CC-4238

_____

JACQUELIN ETIENNE,

Appellant,

v.

ROBERT'S DIESEL SERVICES, INC.,

Appellee.

_____

Nonfinal appeal from the County Court for Duval County.
Michael Bateh, Judge.

Jacquelin Etienne, Middleburg, pro se.

No Appearance for Appellee.

August 13, 2026

PER CURIAM.

AFFIRMED.

MAKAR, EDWARDS, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____